

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ratna Vasireddy Babu,                                    * From the 161st District
                                                         Court of Ector County,
                                                         Trial Court No. B-139,003.

Vs. No. 11-15-00028-CV                                   * October 8, 2015

Ingrid N. Zeeck,                                         * Opinion by Bailey, J.
                                                         (Panel consists of: Wright, C.J.,
                                                         Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Ratna Vasireddy Babu.